FILED

March 7, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Loretta Arrendondo, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-mj-67 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Loretta Arrendondo Case No. 2:06-mj-67 KJM

___ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

         _X_ $25,000 Unsecured Appearance Bond

         ___ Appearance Bond with 10% Deposit

         ___ Appearance Bond secured by Real Property

         ___ Corporate Surety Bail Bond

         _X_ (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/7/06  at 2:35 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge